# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Ronald Lewis Mattie,<br>*Plaintiff*<br>v.<br><br>Lava 24 Fitness HHI LLC; Taylor Jacobs Lomprez;<br>Nathan Dixon,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.  9:18-cv-00222-DCN |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

■ The plaintiff, Ronald Lewis Mattie, shall take nothing of the defendants, Lava 24 Fitness HHI LLC, Taylor Jacobs Lomprez and Nathan Dixon, and this action is dismissed without prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C. Norton, United States District Judge, presiding, affirming with modifications the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge.

Date:  October 1, 2019                                *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                s/L. Baker

                                                                                *Signature of Clerk or Deputy Clerk*